IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2015 AUG -4  PM 5: 19

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                DEPUTY

| | |
|---|---|
| KEITH PRICE, § | |
| § | |
| PLAINTIFF, § | |
| § | |
| V. § | CAUSE NO. A-15-CA-185-LY |
| § | |
| WILLIAM CRAIG FUGATE, § | |
| ADMINISTRATOR OF THE FEDERAL § | |
| EMERGENCY MANAGEMENT § | |
| AGENCY, § | |
| § | |
| DEFENDANT. § | |

## FINAL JUDGMENT

Before the court is the above styled and numbered cause. On this date by separate order the court dismissed all of Plaintiff Keith Price's claims alleged against Defendant William Craig Fugate, Administrator of the Federal Emergency Management Agency, without prejudice for lack of subject-matter jurisdiction. As no disputes remain among the parties for resolution, the court renders this final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that all costs are assessed against Plaintiff Keith Price.

**IT IS FINALLY ORDERED** that this action is hereby **CLOSED**.

SIGNED this _4th_ day of August, 2015.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE